UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIEL PLUMMER AND LORRAINE PLUMMER ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> MERCHANTS FINANCIAL GUARDIAN, INC.) <br> ) <br> Defendant ) <br> _____) | CIVIL ACTION NO. <br> **5:17-cv-00623-D** <br><br> **ORDER GRANTING CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT** |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Clerk's Entry of Default against Defendant Merchants Financial Guardian, Inc. is hereby GRANTED. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is hereby entered against Defendant Merchants Financial Guardian, Inc.

DATED this 20th day of February, 2018

_____
Peter A. Moore, Jr.
Clerk of Court