UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DANIEL PLUMMER and LORRAINE PLUMMER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| MERCHANTS FINANCIAL GUARDIAN, INC., | ) ) ) |
| Defendant. | ) ) |

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 5:17-CV-623-D**

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Default Judgment is GRANTED and that Plaintiffs have judgment against Defendant Merchants Financial Guardian, Inc. in the amount of $25,941.80.

**This Judgment Filed and Entered on May 22, 2018, and Copies To:**

Holly Elizabeth Dowd                                (via CM/ECF electronic notification)

DATE:                                        PETER A. MOORE, JR., CLERK

May 22, 2018                         (By) /s/ Nicole Briggeman
                                                    Deputy Clerk